PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrance Walden                                    Cr.: 04-00275-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 03/24/05

Original Offense: Accepting Bribery as a Public Official

Original Sentence: 3 Years Probation

Type of Supervision: Probation                          Date Supervision Commenced: 03/24/05

Assistant U.S. Attorney: Scott Resnick                  Defense Attorney: Jerold Wolin, Esq.

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**Unlawful substance use**' |
| | The offender submitted urine specimens which tested positive for marijuana on 04/07/05, 05/11/05, 05/17/05, 06/07/05, 6/24/05, 6/28/05, and 7/12/05. . |

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 08/10/05

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 8/31/05 at 9:00 am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer
8/16/05
Date

Dennis M. Cavanaugh
U.S. District Judge