PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrance Walden                                  Cr.: 04-00275-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 03/24/05

Original Offense: Accepting Bribery as a Public Official

Original Sentence: 3 Years Probation

Type of Supervision: Probation                       Date Supervision Commenced: 03/24/05

Assistant U.S. Attorney: Scott Resnick               Defense Attorney: Jerold Wolin, Esq.

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**Unlawful substance use**'

The offender submitted urine specimens which tested positive for marijuana on 09/12/05, 10/12/05, 12/1/05, 12/6/05, 01/20/06.

2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to report to Somerset Treatment Services as directed on 12/8/05, 12/14/05, 12/20/05, 12/21/05, 12/22/05, 12/27/05, 12/28/05, 12/29/05, 1/4/06, 1/11/06, 1/17/06, 1/18/06, 1/19/06, 1/25/06, and 2/1/06.

PROB 12C - Page 2
Terrance Walden

3   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit a Monthly Supervision Report for the months of November 2005, and December 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 02/02/05

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 2/27/06 @ 11:00AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer
2/10/06
Date