UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | O R D E R |
| | : | |
| v. | : | Case No. 4cr275(DMC) |
| TERENCE WALDEN | : | |

This matter having come before the Court on a motion by Terence Walden, through his attorney, David A. Holman, Assistant Federal Public Defender, for an order terminating the probationary sentence imposed by District Judge Honorable Dennis M. Cavanaugh, on March 25, 2005, and extended on September 9, 2005, and Assistant United States Attorney Michael Hammer, Jr. deferring to this court, and United States Probation Officer Leslie Vargas having No objection; and

The court having reviewed same; and

For good cause shown;

It is on this 21st day of March 2008 ORDERED that the motion for early termination is DENIED at this time, and the defendant can renew his application within 6 months.

DENNIS M. CAVANAUGH, U.S.D.J.