UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 04-275 |
| v. : | |
| TERRANCE WALDEN : | ORDER |

This matter having come before the Court on the application of defendant Terrance Walden, through his attorney, David A. Holman, Assistant Federal Public Defender, for an order terminating the probationary sentence imposed by District Judge Honorable Dennis M. Cavanaugh, on September 9, 2005, and with no objection from United States Probation Officer, Leslie Vargas.

IT IS on this 15 day of October, 2008, ORDERED that Terrance Walden be terminated from probation.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE